**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
CASE NUMBER: 4:14-cv-00062-RBH**

| | |
|---|---|
| CURTIS DOLFORD )<br>　　　　Plaintiff, )<br> )<br>v. )<br> )<br>WILLARD LOCKLEAR )<br>TRUCKING, LLC )<br>　　　　Defendants. )<br> ) | **NOTICE OF FILING** |

The Defendant in the above-captioned action hereby gives Notice of Filing of his Confession of Judgment.

Respectfully Submitted,

**TURNER PADGET GRAHAM & LANEY, P.A.**

s/ David C. Marshall
David C. Marshall, Esq.
Fed. ID No.: 9854
Post Office Box 1473
Columbia, SC 29202
DMarshall@TurnerPadget.com
Phone: (803) 254-2200
Fax: (803) 799-3957

**Attorneys for Defendant Willard Locklear Trucking, LLC**

Dated this 12th day of January, 2015