**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**
**CASE NUMBER: 4:14-cv-00062-RBH**

| | |
|---|---|
| CURTIS DOLFORD<br>　　　　　　　Plaintiff,<br><br>v.<br><br>WILLARD LOCKLEAR<br>TRUCKING, LLC<br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONFESSION OF JUDGMENT**

　　　　COMES NOW the Defendant, Willard Locklear Trucking, LLC, who confesses and agrees to have judgment entered against it, and in favor of Plaintiff Curtis Dolford, in the amount of Two Million Five Hundred Thousand Dollars and 0/00 ($2,500,000.00). This confession is contingent upon the parties' proper execution of the attached "Assignment, Covenant Not To Execute and Agreement to Cooperate in Litigation."

　　　　Furthermore, the Plaintiff, Curtis Dolford, agrees to accept this confession as full and final resolution of all claims, past, present, or future, that Curtis Dolford may have or ever have against Willard Locklear Trucking, LLC.

　　　　WHEREFORE, the clerk is requested to enter this judgment into the record, thus ending Plaintiff Dolford's action against Defendant Willard Locklear Trucking, LLC. This agreement shall in no way affect Plaintiff's right or ability to seek recovery from any other persons or entities.

　　　　This the 8th day of January, 2015.

WILLARD LOCKLEAR TRUCKING, LLC

By: _____
　　Willard Locklear, Member/Manager

CURTIS DOLFORD

By: _____
　　Georgeanna Benjamin, Guardian Ad Litem

1